No. 81–1641 (A–768). REPUBLICAN NATIONAL COMMITTEE ET AL. *v.* BURTON ET AL. Sup. Ct. Cal. Motion of appellants to expedite consideration of the appeal denied. Application to stay enforcement of the judgment of the Supreme Court of California, addressed to JUSTICE WHITE and referred to the Court, denied.

No. 81–5321. ENMUND *v.* FLORIDA. Sup. Ct. Fla. [Certiorari granted, 454 U. S. 939.] Motion of Washington Legal Foundation for leave to participate in oral argument as *amicus curiae* and for additional time for oral argument denied.

No. 81–1500. IN RE CHING YEE. Petition for writ of common-law certiorari and for all other relief denied.

No. 81–1044. UNITED STATES POSTAL SERVICE BOARD OF GOVERNORS *v.* AIKENS. C. A. D. C. Cir. Certiorari granted.

No. 81–1114. ILLINOIS *v.* ABBOTT & ASSOCIATES, INC., ET AL. C. A. 7th Cir. Certiorari granted.

No. 81–1180. DICKERSON, DIRECTOR, BUREAU OF ALCOHOL, TOBACCO AND FIREARMS *v.* NEW BANNER INSTITUTE, INC. C. A. 4th Cir. Certiorari granted.

No. 81–1062. UNITED STATES *v.* EIGHT THOUSAND EIGHT HUNDRED AND FIFTY DOLLARS ($8,850) IN UNITED STATES CURRENCY. C. A. 9th Cir. Motion of respondent Mary Josephine Vasquez for leave to proceed *in forma pauperis* and certiorari granted.